IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Roe, Russell M | Case Number: 07 B 18263 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 1/29/08 | Filed: 10/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Commonwealth Edison | Unsecured | 195.25 | 0.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 354.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 4. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 5. | MRSI | Unsecured | | No Claim Filed |
| 6. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 7. | Dumitra Serciu | Unsecured | | No Claim Filed |
| 8. | Century 21 | Unsecured | | No Claim Filed |
| 9. | TCF Bank | Unsecured | | No Claim Filed |
| 10. | Swedish Covenant Hospital | Unsecured | | No Claim Filed |
| 11. | Park Dansan | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 549.25 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Roe, Russell M | Case Number:  07 B 18263 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/29/08 | Filed:  10/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

